IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS,      ) | |
| ) | |
|    Plaintiff,             ) | |
| ) | CIVIL ACTION NO. |
| v.                        ) | 2:11cv404-MHT |
| ) | (WO) |
| GEGICO INSURANCE COMPANY  ) | |
| and JENNIFER VENDARS,     ) | |
| ) | |
|    Defendants.            ) | |

## OPINION

In this lawsuit plaintiff Angela Denise Nails complains that the defendants 'Gegico' Insurance Company and Jennifer Vendars improperly handled an insurance claim.  This lawsuit is now before the court on a recommendation by the magistrate judge that this lawsuit be dismissed for Nails's failure to pay the filing fee.  Nail has filed an objection to the recommendation.  After an independent and de novo review of the case, the court is of the opinion that Nails's objection should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 17th day of August, 2011.

                               /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE