IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ANGELA DENISE NAILS,         )
                             )
    Plaintiff,               )
                             )   CIVIL ACTION NO.
    v.                       )    2:11cv404-MHT
                             )        (WO)
GEGICO INSURANCE COMPANY     )
and JENNIFER VENDARS,        )
                             )
    Defendants.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE, of the court as follows:

(1) Plaintiff Angela Denise Nails's objection (doc. no. 9) is overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 8) is adopted.

(3) This lawsuit is dismissed without prejudice for plaintiff Nails's failure to pay the filing fee.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 17th day of August, 2011.

                               /s/ Myron H. Thompson  
                              **UNITED STATES DISTRICT JUDGE**